Form 163

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
226 S. Liberty Street
Winston−Salem, NC 27101

Bankruptcy Case No.: 15−50155

IN THE MATTER OF:
Christy Marie Ready     xxx−xx−4264
18711 Ruffner Drive 2−H
Cornelius, NC 28031

   Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Motion to Extend Time to Object to Discharge and/or Dischargeability of Debt Owed to Patrick Ready up to and including June 25, 2015. Filed by Interested Party Patrick Ready

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 6/8/15 with the movant and with the U.S. Bankruptcy Court at the following address:

*226 S. Liberty Street*
*Winston−Salem, NC 27101*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 6/17/15 at 09:30 AM in the following location:

*Courtroom 1*
*First Floor*
*226 South Liberty Street*
*Winston−Salem NC 27101*

Dated: 5/27/15                                                                                          OFFICE OF THE CLERK/trd