## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTY MARIE READY<br>　　　　　　DEBTOR | CASE NO.  15-50155<br>CHAPTER 13 |

## WITHDRAWAL OF PROOF OF CLAIM

Nationstar Mortgage LLC ("Movant"), by and through its legal counsel, hereby withdraws its Proof of Claim filed on June 4, 2015 at in Claim # 8 on the Claims Register.

This 6th day of October, 2016.

　　　　　　　　　　　　　　　　*/s/ Neil D. Jonas*
　　　　　　　　　　　　　　　　Neil D. Jonas (N.C. Bar No. 31622)
　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　5121 Parkway Plaza Blvd. Suite 300
　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　704-369-0676
　　　　　　　　　　　　　　　　ncbkr@brockandscott.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

IN RE:
CHRISTY MARIE READY
                DEBTOR

CASE NO.  15-50155
CHAPTER 13

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the WITHDRAWAL OF PROOF OF CLAIM in the above captioned case were this day served upon the below named persons by electronic service and/or mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Christy Marie Ready
18711 Ruffner Drive 2-H
Cornelius, NC 28031

John A. Meadows
2596-C Reynolda Rd.
Winston-Salem, NC 27106
*Served via CM/ECF*

Kathryn L. Bringle
2000 West First St.,Suite 300
P. O. Box 2115
Winston-Salem, NC 27102-2115
*Served via CM/ECF*

William P. Miller
101 South Edgeworth Street
Greensboro, NC 27401
*Served via CM/ECF*

      This 6th day of October, 2016.

                                              */s/ Stephen Puckett*
                                              Stephen Puckett
                                              Brock & Scott, PLLC
                                              5121 Parkway Plaza Blvd., Suite 300
                                              Charlotte, NC 28217
                                              Ph: (704) 369-0676
                                              Fax: (704) 369-0760
                                              bankruptcy@brockandscott.com