C-13-16(FTP)
(Rev.8/2018)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# WINSTON-SALEM DIVISION

In Re:                                              )
                                                    )
                                                    )
READY, CHRISTY MARIE                                )
129 BEVERLY CHASE LANE                              )     Case Number:  15-50155 C-13
MOORSVILLE, NC 28117                                )
                                                    )
                                                    )
    xxx-xx-4264                                     )
                                                    )
                                    Debtor(s)       )
                                                    )

## NOTICE OF COMPLETION OF PLAN PAYMENTS
## TO CHAPTER 13 TRUSTEE

The undersigned Trustee hereby notifies the Court and other interested parties that all payments to the Trustee have been completed pursuant to the confirmed plan.

Date:  March 28, 2019                               s/Kathryn L. Bringle
                                                    Chapter 13 Trustee
                                                    PO Box 2115
                                                    Winston-Salem, NC  27102-2115

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:                                             )
                                                   )
                                                   )
READY, CHRISTY MARIE                               )
129 BEVERLY CHASE LANE                             )    Case Number:  15-50155 C-13
MOORSVILLE, NC 28117                               )
                                                   )
                                                   )
    xxx-xx-4264                                    )
                            Debtor(s)              )
                                                   )

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF PLAN PAYMENTS TO CHAPTER 13 TRUSTEE** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

CHRISTY MARIE READY
129 BEVERLY CHASE LANE
MOORSVILLE, NC 28117

JOHN A MEADOWS
SUITE C
2596 REYNOLDA RD
WINSTON-SALEM, NC   27106

Date:  March 28, 2019                 s/Stephanie Yonts
                                      Chapter 13 Office
                                      Winston-Salem, NC