UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                      )
                                            )
CHRISTY MARIE READY                         )    Chapter 13
                                            )
                    Debtor                  )    Case No  15-50155

DEBTOR'S  MOTION FOR ENTRY OF DISCHARGE,
CERTIFICATION REGARDING PLAN COMPLETION, and
STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8)

The Debtor makes the following statements and certifications:

1 . I have completed making all payments under the Plan.

2. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3. I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4. _x_ I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.

___ I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

5A_ x_ I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $146,450 if case filed on or after March 31, 2013, $155,675 if this case was filed on or after April 1, 2013 but before April 1, 2016, or $160,375.00 if this was filed on or after April 1, 2016.

IF YOU CHECKED BOX 5A, OMIT 5B.

5B. ___ I elected to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $146,450.00 if case filed on or after March 31, 2013, $155,675.00 if this case was filed on or after April 1, 2013 but before April 1, 2016, or $160.375 if this cse was filed on or after April 1, 2016. (Please check the appropriate boxes for statements (i) - (ix)).

(i) ___ I have not been convicted of a felony nor is there pending any proceeding in

which I may be found guilty of a felony as defined in 18 U.S.C. § 3156.

(ii) \_\_\_\_\_ I do not owe a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

(iii) \_\_\_\_\_ There is no pending proceeding in which I may be found liable for a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

(iv) \_\_\_\_\_ I do not owe a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

(v) \_\_\_\_\_ There is no pending proceeding in which I may be found liable for a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

(vi) \_\_\_\_\_ I do not owe a debt arising from any civil remedy under 18 U.S.C. § 1964.

(vii) \_\_\_\_\_ There is no pending proceeding in which I may be found liable for a debt arising from any civil remedy under 18 U.S.C. § 1964.

(viii) \_\_\_\_\_ I do not owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

(ix) \_\_\_\_\_ There is no pending proceeding in which I may be found liable to owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated 4-2-2019         By *Christy-Marie Ready* (signature)
                          CHRISTY MARIE READY

\

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Rule 1007(b)(8) has been served on the Chapter 13 Trustee, all creditors, and parties in interest in this case

Kathryn L. Bringle - Electroncially
Chapter 13 Trustee

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

**Bob Park**
300 East Court St.
Hinesville, GA 31313

**Brock & Scott, PLLC**
attn: Sean M. Corcoran, Esquire
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217

**Bryant State Bank**
124 West main Ave.
Bryant, SD 57221

**Capital One**
P.O. Box 71083
Charlotte, NC 28272

**Capital one**
P.O. Box 85015
Richmond, VA 23285

**Card Services (Barclays)**
P.O. Box 13337
Philadelphia, PA 19101

**Caroline A. Wingate -Strauss**
Attorney at Law
130-B McDowell St.
Charlotte, NC 28204

**Chase/Credit One**
P.O.B ox 98873
Las Vegas, NV 89193

**Credit Bureau**
P.O. Box 26140
Greensboro, NC 27402

**Direct Merchants/ Capital One**
P.O. box 30258
Salt Lake City, UT 84130-0285

**Directv**
P.O. Box 78626
Phoenix, AZ 85062-8626

**Employment Security Commission**
Attn: Bankruptcy
P.O. Box 26504
Raleigh, NC 27611

**First National Credit Card**
500 E. 60th St.,
Sioux Falls, SD 57104-0478

**First National Credit Card**
P.O. Box 5097
Sioux Falls, SD 57117-5097

First Savings Credit Card
500 E. 60th St., N
Sioux Falls, SD 57104

Gregory P. Chocklett
711 Harvey St.
Raleigh, NC 27608

IRS
P.O. Box 21126
Philadelphia, PA 19114

Kia Motors Finance
P.O. Box 660891
Dallas, TX 75266-0891

Mecklenburg County Tax Collector
700 E. Stonewall Street
Charlotte, NC 28202

Merrick Bank
Inquiries/Correspondence
P.O. Box 9201
Old Bethpage, NY 11804

Merrick Bank Corp.
P.O. box 9201
Old Bethpage, NY 11804-9001

Nationstar Mortgage
P.O. Box 619096
Dallas, TX 75261-9741

Navient
3000 Continental Dr.
Newark, DE 19713-4322

North Carolina Dept. of Revenue
Attn: Bankruptcy
P.O. Box 1168
Raleigh, NC 27602-1168

Patrick Ready
14133 N. Ridge Dr.
Charlotte, NC 28269

Sears Premier Mastercard
P.O. Box 6282
Sioux Falls, SD 57117

Stacy C. Cordes
Burt and Cordes, PLLC
122 Cherokee Rd., Suite 1
Charlotte, NC 28207

Travis Park
304 Maximus Court
Myrtle Beach, SC 29588

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

Dated: 4/ 2 /2019            Debtor /S/ JOHN A. MEADOWS